Matter of R.H. v M.C.H. (2025 NY Slip Op 03871)

Matter of R.H. v M.C.H.

2025 NY Slip Op 03871

Decided on June 26, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 26, 2025

Before: Renwick, P.J., Kapnick, Shulman, Rodriguez, Rosado, JJ. 

Docket No. O-8770/20, O-00638/21|Appeal No. 4050|Case No. 2023-06685|

[*1]In the Matter of R.H., Petitioner-Appellant,
v
M.C.H., Respondent-Respondent. 

Geoffrey P. Berman, Larchmont, for appellant.
Philip Katz, New York, attorney for respondent.

  

 
 
 
 Order, Family Court, New York 
 County (Jacob K. Maeroff, Ref.), entered on or about December 14, 
 2023, which, after a fact-finding hearing, dismissed the family 
 offense petition with prejudice, unanimously affirmed, without 
 costs.
 
  Family Court properly dismissed the petition upon 
 a finding that petitioner failed to establish by a preponderance of 
 the evidence that respondent committed any of the family offenses 
 alleged (see Matter of Dawn Monique W.W. v Melvin Alexander W., 
 184 AD3d 440, 440 [1st Dept 2020]; Matter of Alexei S. v 
 Michael M., 132 AD3d 466, 467 [1st Dept 2015]). Family Court 
 credited respondent's testimony over petitioner's. The court's 
 credibility determinations are entitled to deference, as its 
 assessments of the parties was based both on its observations of the 
 witnesses and the documentary evidence over the course of the 
 years-long proceeding (see Matter of Sheila M. v Jodeci S.,
 231 AD3d 519, 520 [1st Dept 2024], lv denied 42 
 NY3d 912 [2025]; Matter of Any G. v Ayman H., 208 AD3d 1097, 
 1098 [1st Dept 2022]). 
 
 Petitioner's arguments on appeal are unavailing. (see Matter of 
 Geraldine R. v Haile P., 216 AD3d 415, 416 [1st Dept 2023]). 
 Thus, there is no basis to disturb the court's credibility 
 determinations
 (see 
 Matter of Tawanna R. v Michael E.G., 226 AD3d 524, 525 [1st Dept 
 2024]; Matter of Katherine J. v Everlene S., 220 AD3d 418, 
 418 [1st Dept 2023];
 Matter of Fatima V. v Ramon V., 100 AD3d 509, 510 [1st Dept 
 2012]).
 
 We have considered petitioner's remaining contentions and find them 
 unavailing.
 
 
 
 THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, 
 APPELLATE DIVISION, FIRST DEPARTMENT.
 
 
  ENTERED: 
 June 26, 2025